MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
WRE SoCal, Inc., d/b/a Windermere Desert Properties

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| HK LANE PALM DESERT, INC.,<br><br>Debtor | Case No. 6:24-bk-13474-SY<br><br>Chapter 7<br><br>Adv No.<br><br>**COMPLAINT IN INTERPLEADER** |
| WRE SOCAL, INC., D/B/A WINDERMERE DESERT PROPERTIES,<br><br>Plaintiff-In-Interpleader,<br><br>v.<br><br>HK LANE LA QUINTA, INC. AND ARTURO CISNEROS, CHAPTER 7 TRUSTEE,<br><br>Defendants in Interpleader. | |

Plaintiff-in-Interpleader WRE SoCal, Inc., d/b/a Windermere Desert Properties ("Plaintiff"), hereby brings its Complaint in Interpleader.

**JURISDICTION AND VENUE**

1. This is an interpleader adversary proceeding arising in and related to the matter of

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

COMPLAINT IN INTERPLEADER
6:24-BK-13474-SY

4938-0074-3542.1

*In re HK Lane Palm Desert, Inc.*, currently pending in this Court as case number 6:24-bk-13474-SY.

2. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (E), and (O).

3. Plaintiff, solely as to the cause of action for Interpleader raised in this complaint, consents to the entry of final orders or judgment by the Bankruptcy Court.

4. Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409 because the bankruptcy case is pending in this District and the claims asserted herein arise in and relate to that case.

5. This Complaint is brought pursuant to Federal Rule of Bankruptcy Procedure 7001 and 28 U.S.C. § 1335 and/or Federal Rule of Civil Procedure 22 (as incorporated by Federal Rule of Bankruptcy Procedure 7022), seeking interpleader relief regarding funds owed under a promissory note.

## PARTIES

6. Plaintiff is a California corporation with its principal place of business located in Palm Springs, California.

7. Defendant HK Lane La Quinta, Inc. ("HKLLQ") is a California corporation with its principal place of business located in Sherman Oaks, California.

8. Defendant Arturo Cisneros, Chapter 7 Trustee (the "Trustee"), is the duly appointed and acting trustee of HK Lane Palm Desert, Inc. (the "Debtor").

## FACTUAL ALLEGATIONS

9. On or about June 8, 2023, Plaintiff entered into an agreement (the "APA") with Debtor and HKLLQ to purchase certain assets of the combined entities.

10. As part of consideration for the APA, Plaintiff executed a Promissory Note dated June 9, 2023 in favor of HKLLQ (the "Note").

11. Under the Note, quarterly payments are to be made by Plaintiff to HKLLQ on January 31, April 30, July 31, and October 31 of each year, beginning October 31, 2023, and with a final payment due on May 31, 2028. The amount of the quarterly payment is based on a

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 2 -

COMPLAINT IN INTERPLEADER
6:24-BK-13474-SY

4938-0074-3542.1

1 formula set forth in the Note and the APA.

2     12.    Plaintiff has received competing and adverse demands for the January 31, 2026 payment, and all future payments due under the Note from (a) HKLLQ, asserting entitlement to all payments due under the Note, and (b) the Trustee, asserting that payments should be made to or for the benefit of the Debtor's bankruptcy estate.

    13.    Plaintiff is a disinterested stakeholder and has no beneficial interest in the disputed funds, other than to pay them to the party legally entitled thereto. Plaintiff cannot safely determine to whom the payments should be made without risking double liability.

    14.    Plaintiff stands ready, willing, and able to deposit into the registry of this Court the disputed amounts presently due and to continue depositing future installments as they come due, pending further order of the Court.

    15.    Plaintiff has not colluded with any Defendant and brings this interpleader in good faith to resolve the adverse claims to the same obligation.

### CAUSE OF ACTION

**Interpleader**

**As to all Defendants**

    16.    Plaintiff incorporates by reference all prior paragraphs in this complaint.

    17.    HKLLQ and the Trustee assert adverse claims to the same payments due under the Note, subjecting Plaintiff to the risk of multiple liability.

    18.    Interpleader is appropriate to resolve the competing claims, determine the rightful payee, and protect Plaintiff from multiple or inconsistent obligations.

    19.    Plaintiff seeks an order authorizing and directing deposit of the disputed funds now due under the Note into the Court's registry and, to the extent necessary or appropriate, permitting ongoing deposits of future installments as they become due, without prejudice to any party's rights.

    20.    Upon deposit, Plaintiff seeks discharge from any further liability to Defendants with respect to the funds deposited (and any future installments deposited pursuant to Court order), and an injunction restraining Defendants from prosecuting any action against Plaintiff

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 3 -

COMPLAINT IN INTERPLEADER
6:24-BK-13474-SY

4938-0074-3542.1

1  regarding such funds.

2  21.    Plaintiff further seeks an award of reasonable attorneys' fees and costs incurred in bringing this interpleader, to be paid from the deposited funds or as otherwise ordered by the Court, as may be equitable.

**PRAYER FOR RELIEF**

Plaintiff requests that the Court enter judgment:

A.    Authorizing and directing Plaintiff to deposit into the registry of the Court the funds presently due and owing under the Note that are subject to competing claims, and permitting Plaintiff to deposit future installments under the Note as they become due, pending adjudication of entitlement;

B.    Discharging and releasing Plaintiff from all liability to Defendants with respect to the funds deposited (and any future installments deposited under Court order), and permanently enjoining Defendants from instituting or prosecuting any proceeding against Plaintiff for recovery of such funds;

C.    Determining and adjudicating, as between HKLLQ and the Trustee, the party or parties legally entitled to the deposited funds and to future payments under the Note;

D.    Awarding Plaintiff its reasonable attorneys' fees and costs incurred in connection with this interpleader, to be paid from the deposited funds or as the Court deems just and proper; and

E.    Granting such other and further relief as the Court deems just and proper.

Dated: December 21, 2025    MILLER NASH LLP

By: */s/ Bernie Kornberg*
Bernie Kornberg

Attorneys for Plaintiff
WRE SoCal, Inc., d/b/a Windermere Desert Properties

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 4 -

COMPLAINT IN INTERPLEADER
6:24-BK-13474-SY

4938-0074-3542.1

B1040 (FORM 1040) (12/24)

|  |  |
|---|---|
| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |

| **PLAINTIFFS**<br>WRE SOCAL, INC., D/B/A WINDERMERE DESERT PROPERTIES | **DEFENDANTS**<br>HK LANE LA QUINTA, INC. AND ARTURO CISNEROS, CHAPTER 7 TRUSTEE |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Bernie Kornberg (SBN 252006)<br>MILLER NASH LLP<br>340 Golden Shore, Ste 340<br>Long Beach, CA 90802<br>(562) 247-7622 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint for Interpleader

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief- imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of remove d claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law    ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if a jury trial is demanded in complaint    Demand $

Other Relief Sought
Interpleader

B1040 (FORM 1040) (12/24)

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>HK LANE PALM DESERT, INC., | | BANKRUPTCY CASE NO.<br>6:24-bk-13474-SY | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Scott H. Yun |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Bernie Kornberg | | | |
| DATE<br>12/21/2025 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Bernie Kornberg | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.