

**FILED & ENTERED**

**JAN 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HK Lane Palm Desert, Inc.<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  6:24-bk-13474-SY<br>Adv No:    6:25-ap-01133-SY<br><br>**ORDER RESCHEDULING HEARING** |
| WRE Socal, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Arturo Cisneros<br><br>HK Lane La Quinta, Inc<br><br>Defendant(s). | **OLD DATE:**<br>Date:   April 2, 2026<br>Time:   9:30 a.m.<br>Courtroom:  302<br><br>**NEW DATE:**<br>Date:   August 13, 2026<br>Time:   10:00 a.m.<br>Courtroom:  302 |

///
///
///

-1-

The hearing regarding the **Status Conference re: Complaint in Interpleader**, is **hereby rescheduled** from **April 2, 2026 at 9:30 a.m.** to **August 13, 2026 at 10:00 a.m.**, before the Honorable Scott H. Yun, Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

###

Date: January 14, 2026

Scott H. Yun
United States Bankruptcy Judge

-2-