MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:   562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
WRE SoCal, Inc., d/b/a Windermere Desert Properties

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| HK LANE PALM DESERT, INC.,<br><br>Debtor | Case No. 6:24-bk-13474-SY<br><br>Chapter 7<br><br>Adv No. 6:25-ap-01133-SY |
| WRE SOCAL, INC., D/B/A WINDERMERE DESERT PROPERTIES,<br><br>Plaintiff-In-Interpleader,<br><br>v.<br><br>HK LANE LA QUINTA, INC. AND ARTURO CISNEROS, CHAPTER 7 TRUSTEE,<br><br>Defendants in Interpleader. | **DECLARATION OF BERNIE KORNBERG IN SUPPORT OF MOTION OF WRE SOCAL, INC. TO DEPOSIT QUARTERLY NOTE PAYMENTS AND FOR DISCHARGE; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    February 5, 2026<br>Time:    9:30 a.m.<br>Judge:   Hon. Scott H. Yun |

I, Bernard Kornberg, declare as follows:

1.   I am a partner with Miller Nash LLP, counsel for Plaintiff-in-Interpleader WRE SoCal, Inc., d/b/a Windermere Desert Properties, in the above-captioned adversary proceeding and related bankruptcy case. I make this declaration in support of Plaintiff's Motion to Deposit

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

KORNBERG DECLARATION
6:25-AP-01133-SY

4924-8932-3400.1

1   Quarterly Note Payments and for Discharge. If called as a witness, I could and would testify

2   competently to the facts set forth herein based on my personal knowledge and involvement in this

3   matter.

4       2.    This interpleader concerns quarterly payments due under a Promissory Note dated

5   June 9, 2023, made by Plaintiff in favor of HK Lane La Quinta, Inc ("HKLLQ").

6       3.    Plaintiff has received competing and adverse demands for the same quarterly Note

7   payments from HKLLQ, on the one hand, and from Arturo Cisneros, the Chapter 7 Trustee

8   ("Trustee") in the bankruptcy case of HK Lane Palm Desert, Inc. ("Debtor"), on the other hand,

9   creating a risk of double payment.

10      4.    The Trustee has initiated an investigation into the Asset Purchase Agreement and

11  the Note, including conducting a Rule 2004 examination of a representative of Plaintiff.

12      5.    After I inquired whether the Trustee would make any claim on the ongoing Note

13  payments, the Trustee, through counsel, responded "it appears the total sale proceeds were

14  allocated in a manner that harmed HK Lane Palm Desert, Inc. and benefitted HK Lane La Quinta,

15  Inc." A copy of the email reflecting this conversation is attached to this declaration as <u>Exhibit A</u>.

16      6.    The Trustee, through counsel, further stated that his investigation is ongoing and

17  that no final decision on litigation has been made.

18      7.    On December 23, 2025, after filing the interpleader complaint, I emailed the

19  Trustee's counsel stating asking him whether he still made a claim on the funds, or if not, offering

20  to prepare a stipulation to dismiss the interpleader. The Trustee did not withdraw his claim in

21  response. A copy of the email reflecting this conversation is attached to this declaration as <u>Exhibit

22  B</u>.

23      8.    Plaintiff communicated with HKLLQ, through counsel, regarding the Trustee's

24  potential claim and requested a stipulation to deposit funds with the Court. HKLLQ stated that if

25  payments are not timely made to it, it intends to immediately accelerate the Note and sue for

26  damages. A copy of the email reflecting this conversation is attached to this declaration as <u>Exhibit

27  C</u>.

28      I declare under penalty of perjury under the laws of the United States of America that the

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4924-8932-3400.1

- 2 -

KORNBERG DECLARATION
6:25-AP-01133-SY

1 | foregoing is true and correct.

2 | Dated: January 15, 2026                By:   */s/Bernie Kornberg*
3 |                                              Bernie Kornberg

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4924-8932-3400.1

- 3 -

KORNBERG DECLARATION
6:25-AP-01133-SY

# EXHIBIT A

**Kornberg, Bernie**

| | |
|---|---|
| **From:** | Tom Casey <tomcasey@tomcaseylaw.com> |
| **Sent:** | Wednesday, October 22, 2025 8:50 AM |
| **To:** | Kornberg, Bernie |
| **Cc:** | Marissa Silva; Ledgerwood, Garrett |
| **Subject:** | Windemere |

**[EXTERNAL MESSAGE: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

Bernie,
This email is written in the context of privileged settlement discussions and is accorded all applicable privileges under state and federal law.

Thank you for your below email dated October 20, 2025 where you pose two questions which I answer in the order presented as follows:
1. Yes, at this point in time it appears the total sale proceeds were allocated in a manner that harmed HK Lane Palm Desert, Inc. and benefitted HK Lane La Quinta, Inc. However, as of the date of this email A. Cisneros, in his capacity as Chapter 7 Trustee of the bankruptcy estate of HK Lane Palm Desert, Inc. has not filed suit.
2. As to whether the Trustee would stipulate to depositing the funds in the Court's registry if HK Lane La Quinta agrees to do so, the Trustee's answer is yes as long as the funds are deposited and/or interplead with the Clerk of the U.S. Bankruptcy Court, Riverside Division.

Please do not hesitate to contact me if more information is needed. Thank you.
Tom

For more information about The Law Office of Thomas H. Casey, Inc., please log on to https://tomcaseylaw.com

Thomas H. Casey
The Law Offices of Thomas H. Casey, Inc.
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Phone: (949) 766-8787, ext. 102
Fax:    (949) 766-9896

*Confidentiality Notice: The information in this e-mail message, including any files or documents attached hereto, is confidential and intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (949)766-8787 and return the original message to the sender at the above address. Nothing in this communication is intended to operate as an electronic signature under applicable law.*

**From:** Kornberg, Bernie <Bernie.Kornberg@MillerNash.com>
**Sent:** Monday, October 20, 2025 1:27 PM
**To:** Tom Casey <tomcasey@tomcaseylaw.com>
**Cc:** Marissa Silva <msilva@tomcaseylaw.com>; Ledgerwood, Garrett <Garrett.Ledgerwood@MillerNash.com>
**Subject:** RE: Windemere 2004 Exam Scheduled for October 21

Tom,

One other issue here.  Windermere reminded us that the next payment is due on October 31.  We are getting the amount of the payment from the client now.  However, in advance of that, can you let us know:

(1) Does the Estate make any claim on this payment; and
(2) If so, would the Estate stipulate to depositing the fund in the Court's registry if HK Lane La Quinta so agrees?

Bernie

**Bernie Kornberg**
Partner

**Miller Nash LLP**
340 Golden Shore, Ste 450 | Long Beach, CA 90802
*Direct*: 562.247.7622 | *Office*: 562.435.8002
Email | Bio | Insights | Website

*Our attorneys regularly offer insights to address the challenges faced by our clients. To visit the Miller Nash industry-focused blog overview page on our updated website: please click this link.*



2

# EXHIBIT B

**Kornberg, Bernie**

| | |
|---|---|
| **From:** | Kornberg, Bernie |
| **Sent:** | Tuesday, December 23, 2025 1:25 PM |
| **To:** | Tom Casey |
| **Cc:** | jeff@katofskylaw.com; Piper, Josh |
| **Subject:** | RE: In re HK Lane Palm Desert, Inc.; Complaint Filed Against Bankruptcy Trustee A. Cisneros |
| **Attachments:** | Complaint Interpleader filed 122125.pdf |

Tom and Jeff,

As Tom has noted, we have filed the interpleader complaint as this matter seems to be continuing without an immediate resolution and the next payment is coming due at the end of January. Service is being effected per Code today, but attached are courtesy copies of the complaint package.

As to Tom's comments:

As to 1, if I am incorrect and the Trustee is not making any claim on the funds, then I will prepare a stipulation to that effect which will result in a dismissal of the adversary proceeding. Please advise if that is the case, and I will have that drafted shortly after Christmas. If the Trustee is not willing to stipulate, then it appears that the Trustee is in fact taking the position that if he is not making a claim on the funds now, he may in the future, which is sufficient for an interpleader claim. See Lincoln Nat'l Life Ins. Co. v. Ridgway, 293 F. Supp. 3d 1254, 1260 (W.D. Wash. 2018).

As to 2, the interpleader complaint only seeks a discharge as to funds deposited and does not seek to adjudicate issues outside of that. So this objection is equally unwarranted. I will also note that once again the Trustee is stating he reserves the right to make a claim to the funds at issue, which once again is the entire basis for interpleader.

Please note that I find the Trustee's continued objections baffling here. All we propose to do is take the money and put it in deposit with the Court, something that generally most parties who may make a claim on funds prefer. Regardless, the law clearly allows such an interpleader action. Should you bring Rule 9011 sanctions, we will seek prevailing fees under Rule 9011(c)(2)(c)

Bernie

---

**From:** Tom Casey <tomcasey@tomcaseylaw.com>
**Sent:** Monday, December 22, 2025 2:40 PM
**To:** Kornberg, Bernie <Bernie.Kornberg@MillerNash.com>
**Cc:** jeff@katofskylaw.com
**Subject:** In re HK Lane Palm Desert, Inc.; Complaint Filed Against Bankruptcy Trustee A. Cisneros

**[EXTERNAL MESSAGE: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

1

# EXHIBIT C

**Kornberg, Bernie**

| | |
|---|---|
| **From:** | Jeff Katofsky <jeff@katofskylaw.com> |
| **Sent:** | Monday, November 3, 2025 8:28 AM |
| **To:** | Kornberg, Bernie; Tom Casey |
| **Cc:** | Piper, Josh; Anthony Jackson; Jeff Katofsky |
| **Subject:** | Re: In re HK Lane |

**[EXTERNAL MESSAGE: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**

---

Let me see if I understand your position, as the trustee has made his very clear, despite your refusal to understand plain English.

The trustee is, by his right, investigating whether or not he has a claim against your client and/or mine. The Bankruptcy Court rules set out the rights and procedures for such. At this time, there is no claim. He has told you that – more than once.

Yet, you refuse to acknowledge such and threaten, in violation of law and the contract itself, to interplead the funds.

Let me make this clear – If you interplead the funds without the Trustee making a valid claim, or one at all, we will sue your client for, *inter alia*, breach of contract. Remedies include accelerating the note, tacking on 10% default interest, and paying all my client's attorney fees for litigating with you. If you start litigation, we will be vigorous in protecting our client's rights and going after your client for their breach. That is not a threat, as I told you on the phone – it is a promise.


Jeff Katofsky, Esq.
4558 Sherman Oaks Avenue
Sherman Oaks CA 91403
818 990 1475

ONLY REPLY TO jeff@katofskylaw.com
Otherwise, I will not get it

**We do not accept service of any legal documents or notices, of any kind, by email or electronic means.**

---

**From:** Kornberg, Bernie <Bernie.Kornberg@MillerNash.com>
**Date:** Sunday, November 2, 2025 at 11:19 AM
**To:** Tom Casey <tomcasey@tomcaseylaw.com>

1