Jeff Katofsky, Esq. (SBN 138773)
jeff@katofskylaw.com
KATOFSKY LAW
4558 Sherman Oaks Ave.
Sherman Oaks, CA 91403 – Tel: 818-990-475

Attorneys for Defendant In Interpleader:
HK LANE LA QUINTA, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| HK LANE PALM DESERT, INC.<br><br>Debtor,<br><br>WRE SOCAL INC. D/B/A WINDERMERE DESERT PROPERTIES<br><br>Plaintiff-In-Interpleader<br><br>v.<br><br>HK LANE LA QUINTA, INC. AND ARTURO CISNEROS, CHAPTER 7 TRUSTEE,<br><br>Defendants in Interpleader | Case #: 6:25-ap-01133-SY<br><br>DEFENDANT-IN-INTERPLEADER HK LANE LA QUINTA, INC.S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF-IN-INTERPLEADER FIRST AMENDED COMPLAINT |

## I. INTRODUCTION AND ARGUMENT

Plaintiff-in-Interpleader WRE SoCal, Inc. ("WRE") expressly states that it "does not oppose dismissal of its interpleader claim" and "no longer seeks interpleader relief." (Opp. at 3:2–10.) Accordingly, there is no remaining dispute concerning the relief requested by HK Lane La Quinta, Inc. ("HKLLQ").

---

DEFENDANT-IN-INTERPLEADER'S REPLY 1

WRE's suggestion that the matter instead be resolved through a future stipulation provides no basis to deny or delay the pending Motion. HKLLQ is entitled to a ruling on its properly noticed Motion. WRE's discussion of the Trustee's subsequently filed Counter-Claim likewise does not alter WRE's express abandonment of its interpleader claim.

The Court should therefore grant the Motion and enter an order dismissing WRE's First Amended Complaint in Interpleader.

**CONCLUSION**

For these reasons, HKLLQ respectfully requests that the Court grant its Motion and dismiss WRE's First Amended Complaint in Interpleader by order of the Court, without leave to amend.

DATED:  August 3, 2026

KATOFSKY LAW

By: _____
Attorney for Defendant in Interpleader
HK-LANE LA QUINTA, INC

DEFENDANT-IN-INTERPLEADER'S REPLY                    2

PROOF OF SERVICE

COUNTY OF LOS ANGELES      )
                           ) ss.
STATE OF CALIFORNIA        )

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 4558 Sherman Oaks Avenue, Sherman Oaks, CA 91403.

On 8/3/2026, I served the foregoing document described as DEFENDANT-IN-INTERPLEADER'S REPLY as follows:

**XX ELECTRONIC MAIL:** by sending a PDF copy of the above-referenced document through ECF.

**XX U.S. MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on 8/3/2026, at Sherman Oaks, California.

_____
Shant Vayvayan

DEFENDANT-IN-INTERPLEADER'S REPLY                    3